26 So.2d 924

### Grady NEAL v. STATE.
6 Div. 260.

Court of Appeals of Alabama.
April 23, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

23 So.2d 147

### Dallas M. OLIVE v. STATE.
8 Div. 450.

Court of Appeals of Alabama.
May 22, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

24 So.2d 924

### Ed OLIVER v. STATE.
7 Div. 863.

Court of Appeals of Alabama.
Jan. 22, 1946.

Roberts, Cunningham & Hawkins, of Gadsden, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

23 So.2d 147

### William O'QUINN v. STATE.
6 Div. 181.

Court of Appeals of Alabama.
May 8, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

23 So.2d 885

### Richard OWSLEY v. STATE.
4 Div. 896.

Court of Appeals of Alabama.
Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

24 So.2d 924

### Boston PARHAM v. STATE.
6 Div. 201.

Court of Appeals of Alabama.
Dec. 18, 1945.

Wm. N. McQueen, Atty., Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.